# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ADAM BRIDGEMAN, | : | |
| Petitioner, | : | Case No. 3:12cv00054 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| WARDEN, Ohio State Penitentiary, | : | |
| | : | |
| Respondent. | : | |
| | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 20, 2012 (Doc. #12) is ADOPTED in full;

2. Respondent Warden's Motion to Dismiss (Doc. #11) is GRANTED and Bridgeman's Petition for Writ of Habeas Corpus (Doc. #1) is DISMISSED without prejudice to refiling after Bridgeman exhausts his state court remedies, provided that it is filed within the applicable statute of limitations period;

3. Respondent Warden's Alternative Motion for Stay (Doc. #11) is DENIED as

moot; and

4. The case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge